**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.   06-cv-00824-LTB-MEH

YOUNG HO KIM,

       Plaintiff,

v.

HAR MART CORP., a Colorado corporation,

       Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Plaintiff's Motion to Dismiss (Doc 2 - filed August 2, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                            s/Lewis T. Babcock
                          Lewis T. Babcock, Chief Judge

DATED:   August 3, 2006